## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SHRAWAN HAMAL, Individually and
on behalf of others similarly situated,

        Plaintiff,

v.

        Civil Action No. 1:14-CV-1257-AT

GHULAM INVESTMENTS, INC. and
MEHMOOD SOHANI,

        Defendants.

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve FLSA Settlement. The Court having reviewed the Motion and the Settlement Agreement and General Release executed by the parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The Joint Motion to Approve FLSA Settlement is **GRANTED**.

2.  The Court finds that the Settlement Agreement is the product of arm's length bargaining of qualified counsel and that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement and Release, are fair and reasonable under the circumstances. This settlement enables the parties to avoid recognized

and real litigation risks posed by their respective positions. Accordingly, the Settlement Agreement is hereby **APPROVED** and the terms of the Settlement Agreement and Release are hereby **INCORPORATED** into this Order by reference.

3. This matter is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement, except that the Court shall retain jurisdiction over this matter as necessary to enforce the terms of the Settlement Agreement.

So Ordered this 3ᵗʰ day of ___July___, 2014.

_____
Hon. Amy Totenberg
United States District Judge

**CONSENTED:**

/s/Paul J. Sharman_____
Paul J. Sharman
Georgia Bar No. 227207
THE SHARMAN LAW FIRM LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
phone: 678.242.5297
fax: 678.802.2129
Email: paul@sharman-law.com

*Attorney for Plaintiff*

/s/R. Daniel Beale_____
R. Daniel Beale
Georgia Bar No. 043880
Cary R. Burke
Georgia Bar No. 757627
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
phone: 404.527.4000
fax: 404.527.4198
Email: dbeale@mckennalong.com
Email: cburke@mckennalong.com

*Attorneys for Defendants*

ATLANTA 5580999.1